UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KASH OIL & GAS INC. | CIVIL ACTION NO. 6:16-00380 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GULF COAST WESTERN, LLC | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and in this Court's ruling, and after an independent review of the entire record and the written objections and responses filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Motion For Partial Dismissal filed by ISLA Resources, LLC ("ISLA") and Louis E. Bernard, Jr., ("Bernard") [Doc. No. 41] and the Motion To Partially Dismiss filed by KASH Oil & Gas Inc. ("KASH"), which adopts ISLA's Memorandum Brief in support of its motion [Doc. No. 46] are GRANTED, and Defendant/Counterclaimant/Third Party Plaintiff Gulf Coast Western, LLC's civil RICO claims against ISLA, Bernard, and KASH are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 6th day of April, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE