# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Kash Oil & Gas, Inc.                              Civil Action No. 6:16-cv-00380

versus                                                   Judge Robert G. James

Gulf Coast Western LLC              Magistrate Judge Carol B. Whitehurst

## REPORT AND RECOMMENDATION

Before the undersigned, on referral from the District Judge, is a Motion for Summary Judgment filed by third party defendant Louis E. Bernard, Jr ("Bernard") moving the Court to dismiss all of Gulf Coast Western LLC's ("GCW") claims against him under Fed.R.Civ.P. 56 [Rec. Doc. 74]. On the same date as the Motion at bar, Bernard filed a Motion To Dismiss based on prescription and for failure to state a claim under Fed.R.Civ.P. 12(b)(6) [Rec. Doc. 72]. The undersigned considered the Motion To Dismiss first and recommended to the District Court that the motion be granted. *R. 123,* Therefore, the undersigned finds that the Motion For Summary Judgment is rendered moot and will recommend that the Motion for Summary Judgment filed Louis E. Bernard, Jr. [Rec. Doc. 74] be DENIED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), parties aggrieved by this recommendation have fourteen days from service of this report and recommendation to file specific, written objections with the Clerk of

Court. A party may respond to another party's objections within fourteen days after being served with of a copy of any objections or responses to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in the report and recommendation within fourteen days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir.1996).

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 31st day of July, 2017.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE