UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| KASH OIL & GAS | CIVIL ACTION NO. 6:16-CV-00380 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| GULF COAST WESTERN LLC | MAG. JUDGE CAROL B. WHITEHURST |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections and responses to the objections, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion To Dismiss filed by Louis E. Bernard, Jr. [Doc. No. 72] is **GRANTED,** and Gulf Coast Western's claims of fraudulent and negligent misrepresentation against Bernard are **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA, this 30th day of August, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE