UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| KASH OIL & GAS | CIVIL ACTION NO. 6:16-CV-00380 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GULF COAST WESTERN LLC | MAG. JUDGE CAROL B. WHITEHURST |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment filed by Louis E. Bernard, Jr. [Doc. No. 73] is **DENIED AS MOOT.**.

**MONROE, LOUISIANA, this 30th day of August, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE