UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| KASH OIL & GAS | CIVIL ACTION NO. 6:16-CV-00380 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| GULF COAST WESTERN LLC | MAG. JUDGE CAROL B. WHITEHURST |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections and responses to the objections, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that the Motion For Summary Judgment filed by ISLA Resources LLC only[1] [Doc. No. 73] is **DENIED**.

**MONROE, LOUISIANA, this 30th day of August, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] ISLA styled this Motion as being brought by ISLA **and** Louis Bernard, Jr. Based on the Court's rulings dismissing the claims against Bernard, only the claims against ISLA were considered.